IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL RAMOS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUVENILE COURT JUDGE MARK MAY et al.,<br><br>　　　　　Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATIONS<br><br><br>Case No. 2:11-cv-0151 CW-SA<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Samuel Alba |

　　　This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Samuel Alba under 28 U.S.C. § 636(b)(1)(B).  On August 10, 2011, Judge Alba issued a sealed Report and Recommendation that recommends Defendants Juvenile Court Judge Mark May, Assistant Attorney General Lynn Clark, and Utah Division of Child and Family Services be dismissed from the case.  On November 7, 2011, Judge Alba issued a second Report and Recommendation that recommends Defendant Vera Medina also be dismissed.  Plaintiff Michael Ramos filed no objection to either Report and Recommendation.  After review of the file, the court hereby APPROVES AND ADOPTS both Reports and Recommendations in their entirety.[1]  Accordingly, this case is dismissed and the parties shall bear their own costs.

　　　SO ORDERED this 6th day of December, 2011.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Clark Waddoups
　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Docket Nos. 27 and 30.